**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CRIMINAL NO.  1:08CR41**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **JOSE MARTINEZ JURADO** | ) | |
| | ) | |

**THIS MATTER** is before the Court on defense counsel's request for

the payment of paralegal services provided herein for the period August

20, to September 12, 2008.

The Court has approved counsel's three vouchers totaling over

$5,400 for attorney fees and expenses.  Counsel has now submitted a

request for an additional $132.00 for paralegal fees.  Not only does the

attorney fail to specify why the services of a paralegal were necessary, the

Court finds the request to be excessive.  It is especially so when compared

to the award of fees in similar cases, which is usually considerably less

than $5,000.  Therefore, the Court, in its discretion, determines that

defense counsel and his firm have been duly compensated for the legal

services rendered in this case and declines to award any further fees

herein.

**IT IS, THEREFORE, ORDERED** that counsel's request for paralegal

services in the amount of $132.00 is **DENIED.**

Signed: November 24, 2008

Lacy H. Thornburg
United States District Judge